1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN WILLIAM RIGONI,

11          Petitioner,                    No. 2:10-cv-0447 KJN P

12          vs.

13   ANTHONY HEDGEPATH, et al.,

14          Respondents.            ORDER TO SHOW CAUSE

15   _____/

16          On April 7, 2010, respondents were ordered to file a response to petitioner's

17   habeas petition within sixty days of the date of the order.  Sixty days passed and respondents did

18   not file a response or otherwise respond to the April 7, 2010 order.

19          Accordingly, IT IS HEREBY ORDERED that:

20          1.  Within fourteen days respondents shall show cause why sanctions should not

21   be imposed for their failure to comply with the April 7, 2010 order;

22   ////

23   ////

24   ////

25   ////

26   ////

1          2.  The Clerk of the Court shall serve a copy of this order on Michael Patrick

2    Farrell, Senior Assistant Attorney General.

3    DATED:  June 28, 2010

4

5

6    _____
     KENDALL J. NEWMAN

7    UNITED STATES MAGISTRATE JUDGE

8

9    rig447.osc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26